ACCEPTED
03-15-00348-CV
8251831
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/15/2015 4:36:40 PM
JEFFREY D. KYLE
CLERK

## No. 03-15-00348-CV

_____

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/15/2015 4:36:40 PM
JEFFREY D. KYLE
Clerk

COURT OF APPEALS
THIRD JUDICIAL DISTRICT OF TEXAS
AUSTIN, TEXAS

_____

TODD ENRIGHT

*Appellant*,

v.

ASCLEPIUS PANACEA, LLC; ASCLEPIUS PANACEA GP, LLC; DAILY PHARMACY, LLC; DAILY PHARMACY GP, LLC; AND TOTH ENTERPRISES II, P .A. D/B/A VICTORY MEDICAL CENTER,

*Appellees*.

_____

**UNOPPOSED MOTION TO WITHDRAW**

_____

On Appeal from the 98th Judicial District Court
of Travis County, Texas
Trial Court No. D-1-GN-14-004689
Hon. Gisela D. Triana of the 200th Judicial District Court, Presiding

_____

TO THE HONORABLE COURT OF APPEALS:

Pursuant to Texas Rule of Procedure 10 and Texas Rule of Appellate Procedure 10.1, undersigned counsel, the law firm of Vinson & Elkins LLP, hereby moves the Court for leave to withdraw as counsel for Appellant Todd Enright (**Enright**).

In support of this motion, counsel notes the following:

1. On November 10, 2014, Asclepius Panacea, LLC; Asclepius Panacea GP, LLC; Daily Pharmacy, LLC; Daily Pharmacy GP, LLC; and Toth Enterprises II, P.A. d/b/a Victory Medical Center (collectively, *Appellees*) filed their original petition against QVL Pharmacy #181 GP, LLC, QVL Pharmacy #162 GP, LLC, QVL Pharmacy Holdings, and Enright (collectively, *Defendants*) in the 98th Judicial District Court of Travis County, Texas (No. D-1-GN-14-004689).

2. In November 2014, Vinson & Elkins LLP (*Vinson & Elkins*) was retained to represent Enright in this matter.

3. On June 3, 2015, Enright appealed the district court's May 15, 2015 denial of Enright's special appearance. Defendants QVL Pharmacy #181 GP, LLC, QVL Pharmacy #162 GP, LLC, and QVL Pharmacy Holdings (collectively, the *QVL Defendants*) are not a party to this appeal. Briefing on this appeal was completed on September 28, 2015, and oral argument was heard on November 4, 2015. This Court has not issued a ruling as of the date of this motion.

4. Vinson & Elkins now has good cause to withdraw from representing Enright.

5. On November 20, 2015, Vinson & Elkins filed a motion to withdraw in the district court. Enright and Appellees (Plaintiffs below) consented to the

withdrawal.[1]  On December 10, 2015, the district court granted Vinson & Elkins' motion to withdraw.  A copy of the district court's order granting withdrawal is attached as Exhibit A to this motion.

6.      A copy of this motion has been delivered to Enright via electronic mail, and he has been notified in writing of his right to object to the motion.  In addition, a copy of this motion has been sent to Enright at his last known address both by certified mail and by first-class mail.

7.      Enright consents to this withdrawal.

8.      Counsel for Plaintiffs consent to this withdrawal and do not oppose this motion.

9.      Enright's last known address and telephone number are:

Mr. Todd Enright
P.O. Box 25
Hinsdale, NH 03451

850.570.4793

WHEREFORE, Vinson & Elkins LLP prays that this Court enter an order granting this Unopposed Motion to Withdraw.

---

[1] Counsel for QVL Defendants, who are not a party to this appeal, withdrew from representing QVL Defendants on March 13, 2015.  Because no new counsel has been named, the QVL Defendants were unable to provide or withhold their consent to Vinson & Elkin's withdrawal in the district court.

Date:  December 15, 2015

Respectfully submitted,

*/s/ Jennifer B. Poppe*

Thomas S. Leatherbury
State Bar No. 12095275
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201
Telephone: (214) 220-7700
Facsimile: (214) 999-7792
tleatherbury@velaw.com

Jennifer B. Poppe
State Bar No. 24007855
Michael A. Heidler
State Bar No. 24059921
Jonah Jackson
State Bar No. 24071450
VINSON & ELKINS L.L.P.
2801 Via Fortuna, Suite 100
Austin, Texas 78746
Telephone:  (512) 542-8400
Facsimile:  (512) 542-8612
jpoppe@velaw.com
mheidler@velaw.com
jjackson@velaw.com

*Counsel for Appellant Todd Enright*

4

**CERTIFICATION OF CONFERENCE**

I hereby certify that on December 11, 2015, I conferred with counsel for Appellees regarding this motion and was informed that Appellees do not oppose this motion.

/s/ Jonah Jackson
Jonah Jackson


**CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2015, a true and correct copy of the foregoing document was served in accordance with the requirements of the Texas Rules of Civil Procedure via electronic filing and email on the following counsel of record:

Eric J. Taube
Paul Matula
Rola Daaboul
Taube Summers Harrison Taylor Meinzer Brown LLP
100 Congress Avenue, 18th Floor
Austin, Texas  78701
etaube@taubesummers.com
pmatula@taubesummers.com
rdaaboul@taubesummers.com

/s/ Jonah Jackson
Jonah Jackson

# Exhibit A

Filed in The District Court
of Travis County, Texas

SC DEC 1 0 2015

At_____ 8:55 A.M.

Velva L. Price, District Clerk

CAUSE NO. D-1-GN-14-004689

| | | |
|---|---|---|
| ASCLEPIUS PANACEA, LLC, ASCLEPIUS PANACEA GP, LLC, DAILY PHARMACY, LLC, DAILY PHARMACY GP, LLC, AND TOTH ENTERPRISES II, P.A. D/B/A VICTORY MEDICAL CENTER | § § § § § § | IN THE DISTRICT COURT |
| Plaintiffs, | § § | |
| vs. | § § § | OF TRAVIS COUNTY, TEXAS |
| QVL PHARMACY #181 GP, LLC, QVL PHARMACY #162 GP, LLC, QVL PHARMACY HOLDINGS, INC., and TODD ENRIGHT, INDIVIDUALLY | § § § § § § | 98th JUDICIAL DISTRICT |
| Defendants | § § | |

## AGREED ORDER ON MOTION TO WITHDRAW

Having considered Vinson & Elkins LLP's Motion to Withdraw, the Court determines that it should be GRANTED. It is therefore

ORDERED that Jennifer B. Poppe, Jonah Jackson, and the law firm of Vinson & Elkins LLP are hereby withdrawn as counsel of record for Defendant Todd Enright. It is further

ORDERED that the Clerk of this Court shall remove Jennifer B. Poppe, Jonah Jackson, and the law firm of Vinson & Elkins LLP from the case docket for the above-captioned case.

**SIGNED AND ENTERED** this _10_ day of December, 2015.

JUDGE PRESIDING



**AGREED AS TO FORM AND SUBSTANCE:**

Jennifer B. Poppe
State Bar No. 24007855
Jonah Jackson
State Bar No. 24071450
VINSON & ELKINS LLP
2801 Via Fortuna, Suite 100
Austin, Texas 78746
Telephone: (512) 542-8400
Facsimile: (512) 542-8612
jpoppe@velaw.com
jjackson@velaw.com

*Counsel for Defendant Todd Enright*

Eric J. Taube
State Bar No. 19679350
Paul Matula
State Bar No. 13234354
Rola Daaboul
State Bar No. 24068473
TAUBE SUMMERS HARRISON
   TAYLOR MEINZER BROWN LLP
100 Congress Avenue, 18th Floor
Austin, Texas 78701
Telephone: (512) 472-5997
Facsimile: (512) 472-5248
etaube@taubesummers.com
pmatula@taubesummers.com
rdaaboul@taubesummers.com

*Counsel for Plaintiffs*

2